IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP EUGENE PARMLEY                                            PETITIONER

v.                         Case No. 6:06-cv-6059

LARRY NORRIS, Director,
Arkansas Department of Correction                           RESPONDENT

## **ORDER**

Before the Court is Petitioner's Motion for Stay Pending Outcome of State *Habeas Corpus* (Docket # 9) and the Response to Motion for Stay Pending Outcome of State *Habeas Corpus* (Docket # 12) filed herein by the Respondent. The Court having considered the pleadings finds as follows:

Petitioner filed his Petition for Writ of Habeas Corpus on October 10, 2006, (Docket # 1). In the Petition he challenges his conviction for possession of drug paraphernalia with intent to manufacture methamphetamine in the Circuit Court of Garland County, Arkansas.[1] Respondent filed his answer to the Petition on December 1, 2006, asserting that the Petition was untimely. (Docket # 7).

On February 9, 2007, Petitioner filed the instant Motion for Stay alleging that he "recently learned that the Garland County Circuit Court was without subject-matter jurisdiction to try and

---

[1] Petitioner was sentenced as an habitual offender to forty (40) years imprisonment. (Docket # 1, p. 5).

convict the petitioner." (Docket # 9, p. 1). Petitioner cites no authority for his request for stay of these proceedings. The Respondent asserts that a stay is not appropriate in this case.[2]

Petitioner asserts two grounds for the issuance of a writ of *habeas corpus* in his Petition: (1) ineffective assistance of trial counsel; (2) *Brady v. Maryland* violations by the State of Arkansas during the trial. The Respondent agrees that these two claims are exhausted. (Docket # 12, p. 4). The Petition does not raise any federal claim of lack of jurisdiction in the state trial court. There are no unexhausted claims in the pending Petition. The Court can properly consider the claims made by the Petitioner and the defenses raised by the Respondent. The Motion for Stay Pending Outcome of State *Habeas Corpus* should be denied.

**IT IS THEREFORE ORDERED,** Petitioner's Motion for Stay Pending Outcome of State *Habeas Corpus* (Docket # 9) is in all respects **DENIED**.

**DATED** this **3rd day of April, 2007**.

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[2] The Court notes that Respondent assumes Petitioner has moved for a stay based on United States Supreme Court decision in *Rhines v. Weber*, 544 U.S. 269, 275-76 (2005), wherein the Supreme Court approved a procedure permitting a district court to stay a *habeas corpus* proceeding where the petition included both exhausted and unexhausted claims.