```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

PHILLIP EUGENE PARMLEY                                    PETITIONER

      v.              Civil No. 06-6059

LARRY NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                         RESPONDENT

### ORDER

NOW on this 9th day of May 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #14, filed April 4, 2007), and petitioner's **Objections to Magistrate Judge's Report and Recommendation** (document #15, filed April 18, 2007). The Court, being well and sufficiently advised, finds and orders as follows:

1. Petitioner's objections offer neither law nor fact requiring departure from the findings and recommendations contained in the Report and Recommendation and the same should be, and they hereby are, **overruled**.

2. The Report and Recommendation is sound in all respects both as to law and fact and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, petitioner's objections are **overruled** and the **Magistrate Judge's Report and Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that petitioner's petition for writ of habeas corpus is denied as untimely and the same is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                        /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**