```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                           HOT SPRINGS DIVISION

PHILLIP EUGENE PARMLEY                                      PETITIONER

            v.               Civil No. 06-6059

LARRY NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                          RESPONDENT
```

## O R D E R

Now on this the 22nd day of June 2007, the Court takes note that petitioner has filed an **Appeal from the United States Western District of Arkansas** (document #18), and there being no substantial showing of the denial of a constitutional right, hereby declines to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253.

**IT IS SO ORDERED.**

> **/s/ Jimm Larry Hendren**
> **JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**